United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| FORUM US, INC. § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-3010 |
| § | |
| HOWE-BAKER INTERNATIONAL, LTD. ET AL., § | |
| *Defendants*. § | |

### FINAL DISMISSAL ORDER

In accordance with the parties' Joint Stipulation of Dismissal (Dkt. 34) it is

ORDERED that all claims and counterclaims in this case are DISMISSED WITH PREJUDICE. Each party will pay its own fees and costs. This is a final order.

Signed on May 19, 2020, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge